NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MERIAL LIMITED AND MERIAL SAS,**
*Plaintiffs-Appellees,*

v.

**VELCERA, INC. AND FIDOPHARM, INC.,**
*Defendants-Appellants.*

---

2012-1505

---

Appeal from the United States District Court for the Middle District of Georgia in case no. 3:12-CV-75, Judge Clay D. Land.

---

## ON MOTION

---

## ORDER

Velcera, Inc. and FidoPharm, Inc. ("Velcera") submit an "emergency motion for summary reversal of preliminary injunction; alternatively to stay preliminary injunction or expedite appeal."

Upon consideration thereof,

IT IS ORDERED THAT:

Merial Limited et al.'s response is due no later than 5:00 p.m. on Thursday, July 12, 2012.

FOR THE COURT

**JUL 0 6 2012**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: George C. Lombardi, Esq.
    Frank G. Smith, III, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JUL 0 6 2012

JAN HORBALY
CLERK